*Julius A. Itzkowitz, Samuel Kolatch* and *Anton R. Siegal* for appellants.

*William L. Shumate* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: Desmond, Fuld, Van Voorhis and Burke, JJ. Conway, Ch. J., and Froessel, J. dissent and vote to reverse upon the ground that the record presents questions of fact which required the submission to a jury of the question of the contributory negligence of the infant plaintiff. Taking no part: Dye, J.

Helen Bergmans, as Administratrix of the Estate of Joseph C. Bergmans, Deceased, Appellant, *v.* State of New York, Respondent. (Claim No. 31038.)

Argued October 4, 1955; decided October 20, 1955.

*N. LeVan Haver, Philip Korn* and *John E. Egan* for appellant.

*Jacob K. Javits, Attorney-General (Richard H. Shepp* and *James O. Moore, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

In the Matter of WILLIAM J. ATHENAS, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted October 10, 1955; decided October 20, 1955.

